IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SHERI L. LOTT                                                                                    PLAINTIFF

vs.                                                         CIVIL ACTION NO.: 1:21-cv-00036-TBM-RPM

SAFECO INSURANCE COMPANY OF ILLINOIS                                       DEFENDANT

## AGREED ORDER DISMISSING CERTAIN CLAIMS

This matter is before the Court on the agreement of the parties to dismiss without prejudice any and all claims which are may have been raised in the Complaint for tortious wrongdoing, bad faith, punitive damages, and/or extra-contractual damages.  The Court, being fully advised, finds that the matter is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED THAT:

1.      Any and all claims which are may have been raised in the Complaint for tortious wrongdoing, bad faith, punitive damages, and/or extra-contractual damages are hereby dismissed without prejudice; and,

2.      The only remaining claim to be resolved at the trial of this matter is whether and to what extent Plaintiff is entitled to recover Underinsured Motorist insurance benefits from Defendant.

SO ORDERED AND ADJUDGED, this the __30th__ day of _____April_____, 2021.

_____
U.S. DISTRICT COURT JUDGE

AGREED TO BY:

/s/ David A. Wheeler                                    /s/ Gregg A. Caraway
David A. Wheeler, Esq. (MSB #7126)                      Gregg A. Caraway (MSB #8443)
WHEELER & WHEELER, PLLC                                 WELLS MARBLE & HURST, PLLC
P.O. Box 264                                            Post Office Box 131
Biloxi, MS 39533                                        Jackson, MS 39205-0131
Telephone: (228) 374-6720                               Telephone: (601) 605-6900
david@wheelerattys.com                                  gcaraway@wellsmar.com
ATTORNEY FOR PLAINTIFF                                  ATTORNEY FOR DEFENDANT